**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO 80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# M E M O R A N D U M

**TO:** Greg Langham, Clerk
Attn: Kathy Triplett

**FROM:** Judge John L. Kane

**DATE:** September 16, 2010

**RE:** Criminal Action No. **10-cr-479-JLK**

Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.